**United States District Court**
**Northern District of Illinois**

In the Matter of

Eugene DeMaso

      v.

Walmart Inc.

Mary M. Rowland

Case No. 21-CV-06334

Designated Magistrate Judge
Maria Valdez

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

    I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Charles R. Norgle**

Date: Wednesday, April 20, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Dated: April 21, 2022

_____
Rebecca R. Pallmeyer, Chief Judge
United States District Court

- IOP 13(f) - I recuse myself from this case for the following reasons:

I recuse myself due to ownership of publicly traded common stock in one of the parties.

---

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot