## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Eugene DeMaso
                          Plaintiff,

v.                                        Case No.: 1:21−cv−06334
                                                      Honorable Mary M. Rowland

Walmart Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: On August 23, 2022, a district judge not assigned to this case mistakenly entered a dismissal order. The order [18] is vacated and the case is reinstated. The Clerk is directed to reinstate Defendant's motion to dismiss [8] as a pending motion. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.